**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**February 28, 2024**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

JOSHUA RICO, a/k/a "JOSHRICO2196",
a/k/a "CHRISLUJAN2",
a/k/a "CLUJAN0420",
a/k/a "ERIKROMERO1123",

    Defendant - Appellant.

No. 23-2160
(D.C. No. 1:21-CR-00653-JB-1)
(D. N.M.)

_____

**ORDER AND JUDGMENT**[*]
_____

Before **HARTZ**, **KELLY**, and **McHUGH**, Circuit Judges.
_____

Joshua Rico pleaded guilty to five counts of coercion and enticement in

violation of 18 U.S.C. § 2422(b) and received a sentence of 360 months in prison,

which was at the low end of the advisory sentencing guidelines range. Despite an

appeal waiver in his plea agreement, he filed this appeal. The government moves to

enforce the appeal waiver pursuant to *United States v. Hahn*, 359 F.3d 1315

(10th Cir. 2004) (en banc). In response, Mr. Rico "concedes that his appeal waiver is

enforceable under the standard set forth in *Hahn*." Resp. at 2. Based on Mr. Rico's

---

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

concession, we grant the government's motion to enforce the appeal waiver and dismiss this appeal.

Entered for the Court
Per Curiam
